**STP**
**THE PARIENTE LAW FIRM, P.C.**
**MICHAEL D. PARIENTE, ESQ.**
Nevada Bar No. 9469
**JOHN G. WATKINS ESQ., OF COUNSEL**
Nevada Bar No. 1574
1635 Village Center Circle, Suite 280
Las Vegas, Nevada 89134
(702) 966-5310
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **CHRISTOPHER PAUL MONAHAN**, <br><br> Defendant. | **2:25-cr-00237-APG-DJA** <br> Case No.: ~~2:25-MJ-00547-DJA~~ |

### STIPULATION FOR SUBSTITUTION OF ATTORNEYS

The undersigned, Christopher Monahan, Defendant in the above-entitled action, hereby substitutes Michael D. Pariente, Esq. as attorney of record, in place and stead of Rebecca Levy, Esq.

DATED this 7th day of August, 2025.

*/s/ Christopher Monahan*
Christopher Monahan

### CONSENT TO SUBSTITUTION OF ATTORNEYS

The undersigned, Rebecca Levy, Esq., hereby consents to the above-entitled Substitution.

DATED this 7th day of August, 2025.

*/s/ Rebecca Levy*
Rebecca Levy, Esq.

### ACCEPTANCE OF SUBSTITUTION OF ATTORNEYS

The undersigned, Michael D. Pariente, Esq., hereby accepts the above Substitution of Attorneys in place and stead of Rebecca Levy, Esq.

DATED this 7th day of August, 2025.

1

/s/ Michael D. Pariente
Michael D. Pariente, Esq.

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation. I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk. I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED this 7th day of August 2025.

/s/ Michael D. Pariente
_____
Attorney's signature

1635 Village Center Circle, Suite 280
Las Vegas, NV 89134
_____
Attorney's address

702-966-5310
_____
Attorney's phone number

Respectfully submitted,

**PARIENTE LAW FIRM, P.C.**

/s/ Michael D. Pariente
_____
MICHAEL PARIENTE, ESQ.
Nevada Bar No.: 9469

## CERTIFICATE OF SERVICE

On August 7, 2025 the undersigned caused a true and correct copy of the aforementioned **SUBSTITUTION OF COUNSEL** via the ECF system.

**PARIENTE LAW FIRM, P.C.**

*/s/ Michael D. Pariente*

_____
MICHAEL PARIENTE, ESQ.
Nevada Bar No.: 9469

## ORDER

The Court, having considered the proposed Stipulation for Substitution of Counsel and Attorney Praecipe, hereby enters an order GRANTING same.

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/7/2025

3