# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>CHRISTOPHER PAUL MONAHAN,<br><br>    Defendant | Case No.: 2:25-cr-00237-APG-DJA<br><br>**Order Releasing Passport** |

I HEREBY ORDER the Pretrial Services Office to release the defendant's passport to either the defendant, his lawyer Michael Pariente, Esq., or the defendant's father.

DATED this 11th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE